# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-2988 PA (GJSx) | Date | May 8, 2017 |
|---|---|---|---|
| Title | Chad N. Mooers, et al. v. SimplexGrinnell, L.P. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| V.R. Vallery | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         IN CHAMBERS — COURT ORDER

On May 4, 2017, the Court issued an order provisionally remanding this action to Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. (Docket No. 10.) In its May 4 Order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, Plaintiffs were directed to inform the Court in writing by May 11, 2017, if they objected to the remand. On May 5, 2017, Plaintiffs filed a Notice in which they informed the Court that they do not oppose remand and elect not to waive the procedural defects identified in the Court's order. (Docket No. 11.) Accordingly, for the reasons stated in the May 4 Order, this action is remanded to Los Angeles County Superior Court, Case No. BC617743.

IT IS SO ORDERED.